Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PACIFIC MEDIA WORKERS
GUILD, CWA 39521

               Plaintiff(s),

   v.

SAN FRANCISCO CHRONICLE,
a division of Hearst Communications, Inc.

               Defendant(s).

Case No: 17-cv-5953HSG

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, Jonathan R. Donnellan          , an active member in good standing of the bar of
New York          , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendant Hearst Communications, Inc.     in the
above-entitled action. My local co-counsel in this case is Thomas R. Burke          , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 300 West 57th Street<br>New York, NY 10019 | 505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 841-7000 | (415) 276-6500 |
| My email address of record: | Local co-counsel's email address of record: |
| jdonnellan@hearst.com | thomasburke@dwt.com |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 2487577      .

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/17

                     Jonathan R. Donnellan          ✚
                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Jonathan R. Donnellan          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 12/26/2017

                                    *Haywood S. Gill Jr.*
               UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JONATHAN R. DONNELLAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 1, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 13, 2017**

_(signature)_

Clerk of the Court

473